| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2003 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial)  FULLER, Mark E. | 2. Court or Organization  USDC – Middle District of Alabama Montgomery, AL | 3. Date of Report  5/21/04 |
|---|---|---|
| 4. Title _ (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States District Judge | 5. Report Type (check appropriate type)  ___ Nomination, Date _____  _x_ Initial ___ Annual ___ Final | 6. Reporting Period  January 1, 2003 to December 31, 2003 |
| 7. Chambers or Office Address  One Church Street, A-300 Montgomery, AL 36104 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X  NONE (No reportable positions.) | |
| | |
| | |
| | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X  NONE (No reportable agreements.) | |
| | |
| | |

FINANCIAL DISCLOSURE OFFICE    2004 MAY 26   A 11: 28    RECEIVED

# III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| X  NONE (No reportable non-investment income.) | | |
| | | $ |
| | | $ |
| | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| X  NONE (No reportable non-investment income.) | |
| | |
| | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X 1 | NONE (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Citizens Bank, Enterprise, AL | signature loan | M |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:    J=$15,000 or less     K=$15,001-$50,000     L=$50,001-$100,000     M=$100,001-$250,000
            N=$250,001-$500,000     O=$500,001-$1,000,000     P1=$1,000,001-$5,000,000
            P2=$5,000,001-$25,000,000     P3=25,000,001-50,000,000     P4=50,000,001 or more

## VII. Page 1 - INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Doss Aviation, Inc. | G | Income | P1 | Q | | | | | |
| 2 Doss of Alabama, Inc. | G | Income | M | Q | spinoff | 10/02 | | | |
| 3 Doss of Alabama, Inc. | | | | | sell | 5/1/03 | K | E | Mark Jipson |
| 4 Doss of Alabama, Inc. | | | | | sell | 5/1/03 | K | E | Ellis D. Parker |
| 5 Doss Aviation, Inc. | | | | | sell | 5/1/03 | K | E | Ellis D. Parker |
| 6 IRA #1 Mark Everett Fuller | | | | | | | | | |
| 7 – A.G. Edwards Moneymarket | A | Div | J | T | | | | | |
| 8 –Conagra Foods, Inc. | A | Div | J | T | | | | | |
| 9 –Lo Jack Corporation | A | Div | J | •T | | | | | |
| 10 IRA #2 ▓▓▓▓ | | | | | | | | | |
| 11 –A.G. Edwards Moneymarket | A | Div | J | T | | | | | |
| 12 –Conagra Foods, Inc. | A | Div | J | T | | | | | |
| 13 Mark E. Fuller Custodian | | | | | | | | | |
| 14 Minors Act – ▓▓▓▓ | | | | | | | | | |
| 15 –Conagra Foods, Inc. | A | Div | J | T | | | | | |
| 16 –Loewen Group, Inc. | | | | | bankrupt | 2/02 | | | |
| 17 –Northwestern Mutual Life | B | Div | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001 25,000,0 0 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

18   Mark

   Mi  rs Act —

   —Loew

30

31

32

33

| | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or l ss<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(S e Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15.001-$50,000<br>O=$500,001-$1,000,000<br>P4=More than $50,000,000 | L=$50,001- $100,000<br>P1=$1,000.001-$5,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

VII. INVESTMENTS and TRUSTS:

1. Doss of Alabama, Inc. is a spinoff of a division of Doss Aviation, Inc. effective October 1, 2002.

2. I inadvertently omitted from the custodial accounts held for ███████████ the life insurance policies which have cash values.

3. ███ No. 3 never owned Doss Aviation, Inc. stock – that was an error on the Financial Disclosure Report dated August 6, 2002.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature █████████████████████

Date May 21, 2004

NOTE: ANY INDIVI███ WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL ███ IMINAL SANCTIONS (5 U.S.C. App., § 104.)

## FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544